JOHN E. HILL, State Bar Number 45338
johnhill@hill-law-offices.com
DANIEL A. STENSON State Bar Number 83939
danielstenson@hill-law-offices.com
LAW OFFICES OF JOHN E. HILL,
A Professional Corporation
8105 Edgewater Drive, Suite #100
Oakland, CA 94621
Telephone: (510) 588-1000
Fax: (510) 588-1087

Attorneys for MARIA GOMEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ, Plaintiff, <br><br> vs. <br><br> UNITED AIRLINES, INC., et al., Defendants. | Case No. C 10-03694 VRW <br><br> STIPULATION AND ORDER TO REMAND TO STATE COURT |

## STIPULATION

WHEREAS the filing of the complaint took place on October 30, 2008;

WHEREAS Defendant United Airlines was served with the complaint on June 16, 2010;

WHEREAS Defendant United Airlines removed this action from State Court to Federal Court on August 18, 2010;

1

WHEREAS the Notice of Removal was not timely under the general provision set out in the first paragraph of 28 U.S.C. §1441(b) that requires the Notice of Removal to be filed within 30 days of service.

WHEREAS a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title [28 U.S.C. § 1332] more than one year after commencement of the action.

NOW, THEREFORE, it is hereby stipulated and agreed, by and among the parties, subject to the Court's approval, as follows:

1. The case shall be remanded to State Court;

2. All future court dates are vacated as to the Federal Court

IT IS SO STIPULATED

DATED: 9/10/10         WORTHE HANSON & WORTHE

TODD C. WORTHE
Attorneys for Defendant
UNITED AIRLINES, INC.

DATED: 9/16/10         LAW OFFICES OF JOHN E. HILL

JOHN E. HILL
Attorney for Plaintiff
Maria Gomez

ORDER

Based upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The case shall be remanded to State Court;

2. All future court dates are vacated as to the Federal Court.

IT IS SO ORDERED

Dated: October 7, 2010



3

# PROOF OF SERVICE

I, Jose Duran, do hereby declare and state: I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices Of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On September 17, 2010 I served the within:

STIPULATION AND ORDER TO REMAND TO STATE COURT

by placing a true copy thereof in a sealed envelope, addressed as follows:

| TODD C. WORTHE<br>WORTHE, HANSON & WORTHE<br>1851 E. First Street, Ninth Floor<br>Santa Ana, California 92705 | |
|---|---|
| | |

__XX__  (By Electronic Filing) I caused said document(s) to be electronically filed pursuant to the Local Rules of Court

__XX__  (By U.S. Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Oakland, California.

_____  (By Personal Service) I caused each such envelope to be delivered by hand to the offices of each addressee above.

_____  (Facsimile) I caused each such document to be delivered by Facsimile to the offices of each addressee above.

_____  (Federal Express Mail) I caused each such document to be delivered by hand to the offices of each addressee by Federal Express overnight service.

I declare under penalty of perjury that the foregoing is true and correct and that was executed on September 17, 2010, at Oakland, California.

_/s/ Jose Duran_
Jose Duran